ACCEPTED
05-15-00054-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/20/2015 11:20:23 AM
LISA MATZ
CLERK

Case Number 05-15-00054-CV

IN THE FIFTH DISTRICT COURT OF APPEALS
at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/20/2015 11:20:23 AM
LISA MATZ
Clerk

BARBARA MEREDITH,
Appellant,

v.

OXFORD TOWNHOMES, LLC; ET AL.,
Appellees.

From Cause No. CC-10-07847 in the County Court at Law No. 2
of Dallas County

**NOTICE OF APPEARANCE AND DESIGNATION OF
LEAD COUNSEL**

**WALTERS, BALIDO & CRAIN, L.L.P.**

**Gregory R. Ave**
State Bar No. 01448900
**Charles W. Hill**
State Bar No. 24063885
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311
Greg.ave@wbclawfirm.com
Chuck.hill@wbclawfirm.com

**March 20, 2015**          ATTORNEYS FOR APPELLEE OXFORD
TOWNHOMES ADDITION HOMEOWNERS ASSOCIATION, INC.

TO THE HONORABLE DALLAS COURT OF APPEALS:

COMES NOW, Gregory R. Ave, a partner in the law firm of Walters, Balido & Crain, L.L.P., pursuant to Texas Rules of Appellate Procedure 6.1(c), and files this Notice of Appearance and Designation of Lead Counsel for Appellee Oxford Townhomes Addition Homeowners Association, Inc. ("Appellee"). Accordingly, counsel for Appellee requests the Court take notice and that all correspondence, notices, briefs, pleadings, motions, orders, opinions, judgments, and other communications be directed to the undersigned. Pursuant to Texas Rule of Appellate Procedure 6.1(c), the following information is being provided regarding lead counsel:

Gregory R. Ave
Texas State Bar No. 01448900
Walters, Balido & Crain, L.L.P.
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone Number: (214) 347-8310
Facsimile Number: (214) 347-8311
greg.ave@wbclawfirm.com.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

By: ___*/s/ Gregory R. Ave*___
      Gregory R. Ave
      Texas State Bar No. 01448900
      Charles W. Hill
      Texas State Bar No. 24063885
      greg.ave@wbclawfirm.com
      chuck.hill@wbclawfirm.com
      10440 North Central Expressway
      Meadow Park Tower, Suite 1500
      Dallas, Texas 75231
      (2l4) 347-8310
      (2l4) 347-8311 (facsimile)

ATTORNEYS FOR APPELLEE OXFORD TOWNHOMES ADDITION HOMEOWNERS ASSOCIATION, INC.

## CERTIFICATE OF SERVICE

On March 20, 2015, a true and correct copy of the foregoing was sent to opposing counsel of record as follows:

Janet R. Randle , Esquire                       **Via E-serve**
Evan Lane (Van) Shaw, Esquire
LAW OFFICES OF VAN SHAW
2723 Fairmount
Dallas, Texas 75201

ATTORNEY FOR APPELLANT
BARBARA MEREDITH

Daniel Bates, Esquire                                    **Via E-serve**
Matt Motes, Esquire
DECKER JONES
Burnett Plaza, Suite 2000
801 Cherry St., Unit #46
Fort Worth, Texas 76102

ATTORNEYS FOR APPELLEES
JASON ROSE AND JR ROSE DEVELOPMENT, LLC

Eric L. Lindstrom, Esquire                               **Via E-serve**
Mark Davis, Esquire
CRADDOCK DAVIS & KRAUSE
3100 Monticello Dr., Suite550
Dallas, Texas 75205

ATTORNEYS FOR APPELLEES
HOME OWNERS MANAGEMENT ENTERPRISES, INC.
d/b/a HOME OF TEXAS AND WARRANTY
UNDERWRITERS INSURANCE COMPANY


                                   */s/ Gregory R. Ave*
                                   Gregory R. Ave